

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00182-CV

**JO ANN CAROTHERS,**

                                        **Appellant**

 **v.**

**MARK CAROTHERS, INDEPENDENT EXECUTOR
OF THE ESTATE OF ROBERT EDMOND CAROTHERS, DECEASED,**
                                        **Appellees**

---

**From the County Court at Law
Coryell County, Texas
Trial Court No. 088312**

---

## MEMORANDUM OPINION

Appellant has filed a Motion to Dismiss, stating that all matters have been compromised and settled and asking us to dismiss this appeal and to tax costs against the party incurring the cost.  *See* TEX. R. APP. P. 42.1(a)(2).  The motion to dismiss is granted, and the appeal is dismissed.  Costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

                        REX D. DAVIS
                        Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed October 7, 2009
[CV06]